# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA N. OSORIO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 14-9087-BRO (MAN)<br><br>ORDER OF DISMISSAL |

The Court is in receipt of plaintiff's Motion To Dismiss The Complaint, which was filed on June 18, 2015. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above captioned matter is dismissed without prejudice.

IT IS SO ORDERED.

DATE: June 22, 2015

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE